UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO ALONSO BANOS-JIRON, | No. 1:26-cv-00716-KES-CDB (HC) |
| Petitioner, | ORDER SETTING BRIEFING SCHEDULE REGARDING PETITIONER'S PETITION |
| v. | (Doc. 1) |
| TODD M. LYONS, *et al.*, | **14-Day Deadline** |
| Respondents. | |

Petitioner Gerardo Alonso Banos-Jiron ("Petitioner"), a federal immigration detainee proceeding by counsel, initiated this action on January 27, 2026, with the filing of a petition for writ of habeas corpus under 28 U.S.C. § 2241. (Doc. 1). At the time of the filing of the petition, Petitioner was in custody of Immigration and Customs Enforcement ("ICE") at the Mesa Verde ICE Processing Center. *Id.* ¶ 1. Petitioner filed a motion for temporary restraining order ("TRO") that same day. (Doc. 2). The Court directed Respondents to show cause as to whether there are any factual or legal issues in this case that distinguish it from the Court's prior orders in similar cases. (Doc. 4).

On February 6, 2026, Respondents filed a response. (Doc. 10). On April 10, 2026, the Court converted the motion to a motion for preliminary injunction and granted it. (Doc. 14). The assigned district judge referred the matter to the undersigned for further proceedings. *Id.* at 11.

The undersigned will direct Respondents to file any supplemental briefing on the merits of

1

Petitioner's petition for writ of habeas corpus (Doc. 1) and Petitioner to file any optional traverse.

**Conclusion and Order**

Accordingly, it is HEREBY ORDERED that:

1. Within 14 days of entry of this order, Respondents SHALL FILE either (1) any supplemental briefing on the merits of the petition (Doc. 1), or (2) a statement of intent to file no further briefing; and

2. Petitioner may file an optional traverse to any supplemental briefing on the merits of the petition filed by Respondents no later than 14 days after service of the supplemental briefing.

IT IS SO ORDERED.

Dated:   **April 13, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

2