UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO ALONSO BANOS-JIRON, | No. 1:26-cv-0716-KES-CDB (HC) |
| Petitioner, | A-Number: 097-735-757 |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PETITION FOR WRIT OF HABEAS CORPUS, AND DIRECTING CLERK OF COURT TO CLOSE CASE |
| TODD M. LYONS, et al., | |
| Respondents. | |
| | Doc. 17 |

Petitioner Gerardo Alonso Banos-Jiron, a former immigration detainee, proceeds with a petition for writ of habeas corpus under 28 U.S.C. § 2241. *See generally* Doc. 1. At the time of the filing of the petition, Petitioner was in custody of Immigration and Customs Enforcement at the Mesa Verde ICE Processing Center. Doc. 1 ¶ 1.

Petitioner filed a motion for temporary restraining order. Doc. 2. The Court converted the motion into one for a preliminary injunction, granted the preliminary injunction, and ordered Respondents to release Petitioner immediately. The Court referred the matter to the magistrate judge for further proceedings. Doc. 14. Respondents declined to submit an additional brief prior to adjudication of the petition. Doc. 16.

On May 1, 2026, the magistrate judge issued findings and recommendations to grant Petitioner's petition for writ of habeas corpus "for the reasons addressed in the Court's order granting a preliminary injunction," including "that ICE violated its regulations under 8 C.F.R.

1

§ 241.13(i) and Petitioner's rights under the Due Process Clause of the Fifth Amendment to the U.S. Constitution when it revoked his release." Doc. 17 at 2. Respondents filed objections to the findings and recommendations, incorporating arguments made in their prior briefs. Doc. 18 at 1.

In accordance with 28 U.S.C. § 636(b)(1), this Court performed a de novo review. Having carefully reviewed the case, the Court concludes that the findings and recommendations are supported by the record and proper analysis. The Court ORDERS:

1. The findings and recommendations issued on May 1, 2026 (Doc. 17), are ADOPTED in full.

2. The petition for writ of habeas corpus is GRANTED.

3. Respondents are ENJOINED and RESTRAINED from re-detaining Petitioner Gerardo Alonso Banos-Jiron (A-Number: 097-735-757) unless they demonstrate, by clear and convincing evidence at a pre-deprivation bond hearing before a neutral decisionmaker, that he is a flight risk or danger to the community such that his physical custody is legally justified.[1]

4. The Clerk of Court is directed to enter judgment for Petitioner and to close this case.

IT IS SO ORDERED.

Dated:    June 2, 2026

_____
UNITED STATES DISTRICT JUDGE

---

[1] This Order does not address the circumstances in which Respondents may detain Petitioner in the event he becomes subject to an executable final order of removal.